**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6592**

CURTIS D. SHULER,

        Plaintiff - Appellant,

    v.

RICHARD NEELY, Superintendent, Lanesboro Correctional
Institution; C. W. CLARK, Supervisor, Food Management,
Lanesboro Correctional Institution; J. BENNETT, Supervisor,
Programs, Lanesboro Correctional Institution,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:11-cv-00182-RJC)

Submitted: August 25, 2011        Decided: August 30, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis D. Shuler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis D. Shuler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shuler v. Neely, No. 3:11-cv-00182-RJC (W.D.N.C. Apr. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED